Case 5:14-cv-00212-XR   Document 67   Filed 11/01/21   Page 1 of 3

FILED
November 01, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
                    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. PETER HUESEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> PHARMACY SERVICES, INC. d/b/a BELLEVUE PHARMACY, MEDWESTRX LLC, d/b/a BELLEVUE PHARMACY OF MISSOURI, NORTHERNRX, LLC, d/b/a BELLEVUE PHARMACY OF ILLINOIS AND BELLEVUERX, SOUTHERN RX, LLC d/b/a BELLEVUE PHARMACY OF FLORIDA AND BELLEVUE PHARMACY, TEXAS SOUTHERNRX LLC d/b/a BELLEVUE PHARMACY OF TEXAS, JUPITER HEALTH HOLDINGS, LLC, RODNEY WILSON, R.Ph., JOHN DaVAULT, R.Ph., JOHN HAMILTON, R.Ph., PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC., FREEDOM PHARMACEUTICALS, INC. AND JOHN HOLTZMAN, D.P.M <br><br> Defendants. | SA-14-CA-212-XR <br><br> FILED UNDER SEAL |

## UNITED STATES' MOTION TO UNSEAL ITS COMPLAINT IN INTERVENTION

On August 30, 2021, the United States notified the Court, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), of its decision to intervene in part of this action as to Defendant Professional Compounding Centers of America ("PCCA"). Doc. 64. By Order of August 31, 2021, the Court instructed the United States to file its Complaint no later than October 29, 2021. Doc. 65. At the United States' request, the Court also ordered that this case remain under seal until further order of the Court. *Id.*

The United States has now filed its Complaint in Intervention. Doc. 66. The United States respectfully requests that its Complaint (Doc. 66), the United States' Notice of Election to

Intervene in Part and to Decline to Intervene in Part (Doc. 64), the Court's August 31 Order (Doc. 65), the relator's Complaint (Doc. 1), this Motion (Doc. 67), and the attached proposed Order be unsealed on November 4, 2021.

The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A number of exhibits attached to the United States' Complaint were marked "confidential" by PCCA prior to their production to the Government during the United States' investigation of this matter. The United States will notify PCCA's counsel that the Government has requested those documents be unsealed by the Court on November 4.

A proposed order accompanies this Motion. Relator is unopposed to the relief requested in this Motion.

Dated: October 29, 2021.                    Respectfully submitted,

                                            ASHLEY C. HOFF
                                            United States Attorney

                        By:    /s/ Mary F. Kruger
                               MARY F. KRUGER
                               Georgia Bar No. 6282540
                               Assistant United States Attorneys
                               601 N.W. Loop 410, Suite 600
                               San Antonio, Texas 78216
                               Tel: (210) 384-7630
                               Fax: (210) 384-7322

                               JOHN M. DECK
                               Assistant United States Attorney
                               Texas Bar No. 24074120
                               601 N.W. Loop 410, Suite 600
                               San Antonio, Texas 78216

Tel: (210) 384-7388
Fax: (210) 384-7322
john.deck@usdoj.gov

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I certify that, on October 29, 2021, I caused the foregoing document and the proposed order to be served on relator's counsel via U.S. mail addressed to:

Glenn Grossenbacher
24165 IH 10 W
Suite 217-766
San Antonio, Texas  78257

*/s/ Mary F. Kruger*
MARY F. KRUGER