IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, ex rel., PETER HUESEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC., and JOHN HOLTZMAN, D.P.M.<br><br>Defendants. | §§§§§§§§§§§§ | **CIVIL ACTION NO. SA-14-CA-212-XR** |

**RELATOR'S VOLUNTARY NOTICE OF DISMISSAL, WITHOUT PREJUDICE, AS TO CERTAIN CLAIMS AND DEFENDANT ONLY**

TO THE HONORABLE XAVIER RODRIGUEZ,
UNITED STATES DISTRICT JUDGE:

Relator, Peter Hueseman submits this Voluntary Notice of Dismissal, Without Prejudice, as to Certain Claims and Defendant Only under Federal Rule of Civil Procedure 41(a)(1)(A)(i), as follows:

1. On March 10, 2014, Peter Hueseman, Relator, filed this *qui tam* action on his behalf and on behalf of the United States against numerous defendants alleging violations of the Federal False Claims Act (FCA).

2. On August 30, 2021, the United States filed its Notice of Election notifying the Court of its election to (i) intervene in part of this action as to a remaining defendant,

Professional Compounding Centers of America, Inc. (PCCA), and (ii) decline to intervene in this action as to all claims against the other remaining defendant, John Holtzman. ECF No. 64. All other defendants were previously dismissed from this action pursuant to a settlement and stipulation of dismissal.

3. On November 1, 2021, the United States filed its Complaint in Partial Intervention against PCCA to recover treble damages and civil penalties under the FCA, and under the federal common law theories of payment by mistake, unjust enrichment, and common law fraud, for losses sustained by TRICARE, the federal health care program for active-duty military personnel, retirees, and dependents. ECF No. 66. That same day the United States filed a Motion to Unseal its Complaint in Intervention. ECF No. 67.

4. Neither of the remaining defendants has served an answer or a motion for summary judgment.

5. Relator wishes to dismiss, without prejudice, all claims against defendant John Holtzman, and the claims against PCCA except for the claims against PCCA to recover treble damages, civil penalties, reasonable expenses, attorneys' fees, and costs, under the FCA for losses sustained by TRICARE.

6. Counsel for the Relator have conferred with counsel for the United States and have been authorized to represent to the Court that the United States consents to the voluntary dismissals.

7. The action remains pending as to the claims against PCCA under the FCA for losses sustained by TRICARE.

Relator requests that the Court take notice of his Voluntary Notice of Dismissal, Without Prejudice, as to Certain Claims and Defendant Only.

Respectfully Submitted:

Ronald E. Osman
Bar No.: 3123542
Ronald E. Osman & Associates, Ltd.
1602 West Kimmel
P.O. Box 939
Marion, Il. 62959
Telephone: (618) 997-5151
Facsimile: (618) 997-4983
E-mail: rosman@marion.quitamlaw.com

Glenn Grossenbacher
Texas Bar No.: 08541100
Law Office of Glenn Grossenbacher
24165 IH-10 W., Suite # 217-766
San Antonio, Texas 78257
Telephone: (210) 271-3888
E-mail: glenn@gglawtx.com

Gary M. Grossenbacher
Texas Bar No. 24008972
Attorney at Law
402 Vale St.
Rollingwood, Texas 78746
Telephone: (512) 699-5436
E-Mail:  gmgtex@austin.rr.com

John E. Murphy
Texas Bar No.: 14701500
Attorney at Law
14439 NW Militry Hwy.
Suite 108-133
San Antonio, Texas 78231
Telephone: (210)
E-mail: johne.murphy@icloud.com

/s/ Rand J. Riklin_____
Rand J. Riklin
Texas Bar No.: 16924275
Goode Casseb Jones Riklin Choate & Watson
2122 N. Main Ave.
P.O. Box 120480
San Antonio, Texas 7822-9680
Telephone: (210) 733-6030

                Facsimile: (210) 733-0330
                E-mail: riklin@goodelaw.com

*Attorneys for Relators*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, a true copy of the foregoing Voluntary Notice of Dismissal, Without Prejudice, as to Certain Claims and Defendant Only was served by email on the following counsel:

Counsel for the United States:

Sanjay Bhambhani
Department of Justice
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 305-0546
sanjay.bhambhani@usdoj.gov

Mary F. Kruger
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7630
mary.kruger@usdoj.gov

John M. Deck
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Tel: (210) 384-7388
john.deck@usdoj.gov

Counsel for Professional Compounding Centers of America, Inc.:

Barnes & Thornburg LLP

Alicia M. Barrs
2121 North Pearl Street, Suite 700
Dallas, Texas 75201-2469
Tel: (214) 258-4106
alicia.barrs@btlaw.com

Michael A. Battle
David A. Frazee
1717 Pennsylvania Avenue, Suite 500
Washington, DC 20006
Tel: (202) 289-1313
Michael.Battle@btlaw.com
David.Frazee@btlaw.com

Anthony J. Burba
One N. Wacker, Suite 4400
Chicago, Illinois 60606-2833
Tel: (312) 357-1313
Tony.Burba@btlaw.com

                          */s/ Rand J. Riklin*

                          Rand J. Riklin