IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* PETER HUESEMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROFESSIONAL COMPOUNDING ) <br> CENTERS OF AMERICA, INC., ) <br> ) <br> ) <br> Defendant. ) <br> ) | Case No. SA-14-CIV-212-XR |

## NOTICE OF APPEARANCE

Please take notice that Danielle L. Sgro, Trial Attorney, United States Department of Justice, hereby enters her appearance as counsel for the United States of America in the above-captioned action.

Dated: August 31, 2023

                                       Respectfully submitted,

                                       /s/ *Danielle L. Sgro*
                                       Danielle L. Sgro
                                       P.A. Bar No. 313749
                                       U.S. Department of Justice
                                       175 N St. NE, Room 10.1306
                                       Washington, D.C. 20002
                                       (202) 305-3911
                                       danielle.l.sgro@usdoj.gov

                                       *Attorney for the United States of America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of August 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ *Danielle L. Sgro*
Danielle L. Sgro
P.A. Bar No. 313749
U.S. Department of Justice
175 N St. NE, Room 10.1306
Washington, D.C. 20002
(202) 305-3911
danielle.l.sgro@usdoj.gov

*Attorney for the United States of America*