UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* PETER HUESEMAN, Plaintiff, | ) ) ) ) | |
| v. | ) ) | CASE #: 5:14-cv-00212-XR |
| PROFESSIONAL COMPOUNDING CENTERS OF AMERICA, INC., Defendant. | ) ) ) ) | Judge Xavier Rodriguez |

## PROPOSED ORDER

The Court **GRANTS** the Parties' Joint Motion to Extend Certain Scheduling Order Deadlines. Specifically, the deadline for the parties resisting claims for relief to designate testifying experts and materials required under Fed. R. Civ. P. 26(a)(2)(B) is now set for **December 18, 2023**. The Government's deadline to designate rebuttal experts and materials required under Fed. R. of Civ. P. 26(a)(2)(B) in response to the parties resisting claims for relief designation of testifying experts and materials to be filed on December 18, 2023 is set for **January 12, 2024**. Finally, the deadline to complete expert discovery is set to **January 29, 2024**. Both parties' supplemental expert reports remain due on **February 5, 2024.**

This ___ day of _____, 2023

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE