**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff* | § | |
| | § | |
| -vs- | § | SA-14-CV-00212-XR |
| | § | |
| PROFESSIONAL COMPOUNDING | § | |
| CENTERS OF AMERICA, INC., | § | |
| *Defendant* | § | |

**ORDER RE-SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case.  This case is re-set for an in-person status conference and hearing on all pending motions, if any, on **Tuesday, January 30, 2024** at **10:30 a.m.** The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** December 21, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE