UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* PETER HUESEMAN,<br>                  Plaintiff, | §§§§ | |
| v. | §§ | CASE #: 5:14-cv-00212-XR |
| PROFESSIONAL COMPOUNDING<br>CENTERS OF AMERICA, INC.,<br>                  Defendant. | §§§§§ | |

**DEFENDANT PCCA'S**
**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant PCCA files this Notice to apprise this Court of the February 18, 2025, decision of the First Circuit in *United States v. Regeneron Pharmaceuticals, Inc.,* 2025 WL 520466 (1st Cir. Feb. 18, 2025). The concisely framed issue is whether the phrase "resulting from" in the 2010 amendments of the AKS requires proof of "but for causation." For the reasons expressed in the 28-page opinion, the First Circuit agreed with two of the three other federal circuits that have addressed the issue and held that the AKS (as a predicate for FCA liability) does, indeed, require proof of "but for" causation. The First Circuit also squarely rejected the Third Circuit authority which this Court cited approvingly in its order denying PCCA's Motion to Dismiss.

With respect, PCCA submits that the 3:1 circuit split, as well as the reasoning and authorities in both its prior briefing and the *Regeneron* opinion militate in favor of denying the Government's pending Motion for Summary Judgment.

Respectfully submitted,

**VICKERY & SHEPHERD, LLP**

*/s/ Arnold Anderson Vickery*
Arnold Anderson Vickery
Texas Bar No. 20571800
10000 Memorial Drive, Suite 750
Houston, TX 77024-3485
Telephone: 713-526-1100
Facsimile: 713-523-5939
Email: andy@justiceseekers.com
*Lead Counsel for Defendant*

Vanessa D. Gilmore
Texas Bar No. 07960010
**ROBERTS MARKLAND, LLC**
2555 N. MacGregor Drive
Houston, TX 77014
Telephone: 713-630-0900
Facsimile: 713-630-0991
Email: vanessa@justiceseekers.com
*Co-Counsel for Defendant*
(Admitted *Pro Hac Vice*)

Johnny Sutton
Texas Bar No. 19534250
**ASHCROFT LAW FIRM**
919 Congress Ave., Suite 1325
Austin, TX 78701
Telephone: 512-370-1800
Facsimile: 512-397-3290
Email: jsutton@ashcroftlawfirm.com
*Co-Counsel for Defendant*

<u>Certificate of Service</u>

  I hereby certify that on February 19, 2025, Defendant PCCA's Notice of Supplemental Authority was electronically filed with the Clerk of Court using the ECF system, which will send an email notification of such filing to the following counsel of record:

Jamie A. Yavelberg, Esq.
Commercial Litigation Branch
P. O. Box 261
Washington, DC  20044

Mary F. Kruger, Esq.
UNITED STATES ATTORNEY'S OFFICE
601 NW Loop 410 Suite 600
San Antonio, TX 78216

Sanjay M. Bhambhani, Esq.
John M. Deck, Esq.
DEPARTMENT OF JUSTICE
Civil Division, Room 3740
10th & Pennsylvania Ave., N.W.
Washington, DC  20530

Glenn Grossenbacher, Esq.
LAW OFFICE OF GLENN GROSSENBACHER
24165 IH-10 W., Suite 217-766
San Antonio, TX  78257-1160

John E. Murphy, Esq.
Attorney at Law
14439 NW Military Hwy., #108-133
San Antonio, TX  78231

Gary M. Grossenbacher, Esq.
ATTORNEY AT LAW
402 Vale Street
Rollingwood, TX  78746

Jason M. Idell, Esq.
IDELL PLLC
6800 Westgate Blvd., Suite 132
Austin, TX  78745

Rand J. Riklin, Esq.
GOODE CASSEB RIKLIN
CHOATE &WATSON, P.C.
2122 North Main Avenue
San Antonio, TX  78212-9680

Ronald E. Osman, Esq.
RONALD E. OSMAN & ASSOCIATES, LTD.
P. O. Box 939
Marion, IL  62959

Alicia M. Barrs, Esq.
BARNES & THORNBURG, LLP
2121 North Pearl Street, Suite 700
Dallas, TX  75201

Anthony J. Burba, Esq.
BARNES & THORNBURG, LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606

Michael A. Battle, Esq.
David A. Frazee, sq.
BARNES & THORNBURG, LLP
555 12th St. NW, Suite 1200
Washington, DC 20004

Danielle Sgro, Esq.
F. Elias Boujaoude, Esq.
DOJ-Civ
175 N Street NE, Suite 9.212
Washington, DC  20002

<u>*/s/ Arnold Anderson Vickery*</u>
Arnold Anderson Vickery